## UNITED STATES *v.* HALEY.

No. 587.   Decided February 24, 1959.

*Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, R. L. Farrington, Neil Brooks* and *Donald A. Campbell* for the United States.

*William F. Billings, James P. Donovan* and *Daniel L. O'Connor* for appellee.

PER CURIAM.

The judgment is reversed.   *Wickard* v. *Filburn,* 317 U. S. 111.

## LANDMAN ET AL. *v.* MIEDZINSKI, SHERIFF, ET AL.

No. 589.   Decided February 24, 1959.

*F. Joseph Donohue* and *Harold C. Faulkner* for appellants.

*C. Ferdinand Sybert,* Attorney General of Maryland, *Stedman Prescott, Jr.,* Deputy Attorney General, and *James H. Norris, Jr.* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.